*[Handwritten margin notes, top:]* We the people know: Those named will, a few of them, publicly confess. Therefore they will prove this was valid legal filed complaint against U.S. Gov't BUTLH et al. Any tampering to ONE civil procedural block, or one real claim, will be fully PUBLISHED. — W   9 p.m. [signature] Byron Fusonie 4/5/06

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

**PLAINTIFF,**
YESHUNITY CHURCH OF M/W, THE WAY,
as/and/with qp MRYM (BRIAN D.) FUSONIE, ESQ.

2.06 cv-79
Complaint

v.

**DEFENDANTS,**
**VTLA ("STATE OF VERMONT LEGAL AID"),** John McCollough, Maureen O'Reilly, Frank Silfies, **Helen TOOR,** Christina REISS, HAYES, COHEN, CHRISTOPHER CALLAHAN, ~~MOOR, David Brock,~~ *NH Supreme Ct.* "UNIFIED BAR" DAVID SOUTER RACKETEERERS, NH BAR ASS., United States Government, USPS, Postal Police, U.S. Attorney General, U.S. Attorneys NH, MA, VT, RI, DC, Harold Eaton, Ira Morris, AG VT, AG NH, AG MA, AG RI, URI, OFFICER (FEDERAL OFFICIAL) REYNOLDS, RHODE ISLAND GAME WARDEN and his lesbian Daughter (33rd) Cecily Reynolds, PLANNED PARENTHOOD FEDERATION, Todd Jarry, Igore Paprotny, Hanover Dartmouth College, JR Properties, William Drake, Day Care Lesbian (33rd) Across Street from 27 Brookside, Dartmouth Housing Office, Officer Wyle, Officer Thibedau, INTERNIK, Hartford Police, Brandeon Vale, Eaton Court WINDSOR COUNTY, "bomb squad," Tania Martuscelli, Rhode Island Police, University Of Rhode Island, UMASS, Neuman Center, John McCORMACK, Seagent McCARTHY, TIM CAMPOLI, ROACH, YARGEAU, McCUE, DIOCESE OF BOSTON, DIOCESE OF MANCHESTER, DIOCESE OF RHODE ISLAND, AMERICAN MEDICAL ASS., **FDA,** MASS MEDICAL ASS., Greenfiled and Turners Falls Police, "Certified Mail Delivery Service" Providers, Moakley Court and Staff, NH Supreme Court and Staff, Sheriff Department RI, Windsor VT, Hanover NH, Manchester and Goffstown NH, Fahihi-Shirazi, Marilyn Schmidt, "COURT APPOINTED VT, MA, RI" LISTS, David Murphy (PPF, PD - 33rd), Douglas Fusonie, Judith, Miller, Patrick, Seeves, Alice Graham-Brown, Federal Funded Carson Center, Franklin Medical Center, WATERBURY STATE OF VERMONT DETENTION CENTER, Kahgan, Duncan, Daye, Nova-Schmidt, Officer TEMPLE, Hanover POLICE, Jud72, STATE OF VERMONT "judge," Ginny Gilson, Sue Price, Peter Bartlett, Norma, "Social Workers," Bob (Carson Center), VERMONT STATE SUPREME COURT, CLERKS OF WINDSOR, and BARRE, and SUPREME COURT, WATERBURY STAFF, PATTIE BOSTOCK, Bowerman, BUSH, CIA, FBI, "DOMESTIC SURVEILLANCE PROGAM DIRECTORS AND WINDSOR OPERATIVES." –W

This list will be added to, as DISCOVERY is done. –W

*[Stamp:] 2006 APR 26 PM 1 50  U.S. DISTRICT COURT DISTRICT OF VERMONT FILED  DEPUTY CLERK*

I pray they will each make CONFESSION, LEGAL ADMISSIONS, publicly REPENT! Or what the Lord promised, will come worse to all regions. –W

*"IF CAPAS IS SILENT, OR SILENCED BY OTHERS, THE STONES WILL CRY OUT! AND EARTH FOUNDATIONS WILL BE ROCKED! TO RUINS WORSE." – W 4/11/06*

**STATEMENT OF JURISDICTION:**

THE UNITED STATES GOVERNMENT IS DEFENDANT, IN REPEAT OBSTRUCTING JUSTICE OF YESHUNITY FILED ALLEGATIONS AGAINST IT AND STATE OPERATIVED, INCLUDING AGAINST IMPROPER VENUE, PERJURIES BY JUDGES, FAILURES TO RECUSE, TAMPERINGS WITH "SETNOGRAPHICAL RECORD," ALTERATION OF FILES, BOMB SQUADING EXONERATING DATA FILED OF RECORDED MIRACLES, INCLUDING HOLY WEEK PARANORMAL, AND THE US ATTORNEY GENERAL, US ATTORNEY OFFICES IN VT, NH, MA, RI, ALL DELTED, CONCEAL, DESTROYED, HID, LIED ABOUT, OBSTRUCTED EXCULPATROY EVIDENCE PROVING I AM HIGH